IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RIGOBERTO TAMAYO                                                                                    PLAINTIFF

v.                                             No. 6:15-CV-06112

ALUMA-WELD, INC., d/b/a Xpress Boats                                                DEFENDANT

## ORDER

Currently before the Court is the parties' joint motion to dismiss with prejudice. (Doc. 11).

It appearing that the parties have settled this matter and are in agreement, it is ORDERED that the parties' joint motion (Doc. 11) is GRANTED, and this matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 30th day of November, 2016.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE